1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0915 WHA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| JOSE ULISES RAMIREZ, | ) ) | |
| Defendant. | ) ) | |

The parties appeared before the Court on February 15, 2011. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 15, 2011 to March 15, 2011, in light of the need for defense counsel to investigate possible defenses. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JOSE ULISES RAMIREZ, CR 10-0915                                                                                                              1

1.  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 15, 2011 to March 15, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 15, 2011 to March 15, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: February 22, 2011             /s/
                              PATRICIA SPALETTA
                              Special Assistant United States Attorney

DATED: February 22, 2011             /s/
                              STEVEN KALAR
                              Assistant Federal Public Defender

SO ORDERED.

DATED: February 28, 2011.

                              THE HON. WILLIAM H. ALSUP
                              United States District Judge