UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0915 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AMENDING BRIEFING** |
| | ) | **SCHEDULE RE DEFENDANT'S** |
| v. | ) | **MOTIONS FOR DISCOVERY** |
| | ) | **AND TO SUPPRESS** |
| | ) | |
| JOSE ULISES RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1

2  Pursuant to the parties' stipulation, and for good cause shown, the briefing schedule

3  established by this Court for Defendant's Motions for Discovery and to Suppress in the

4  aforementioned case are hereby amended.  The briefing schedule shall be amended as follows:

5        Response Due:      May 17, 2011

6        Reply Due:      May 24, 2011

7        Motion Hearing:      June 7, 2011, 2:00 p.m.

8  **IT IS SO ORDERED.**

9

10  Dated: _May 5, 2011._____        _____

11                                  THE HONORABLE WILLIAM H. ALSUP
                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v. Ulises-Ramirez*, CR 10-0915
Stip. Extend Briefing Schedule