1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                )
                                             )  No.  CR 10-00915 WHA
10                    Plaintiff,             )
                                             )  [PROPOSED] STIPULATED
11        v.                                 )  ORDER VACATING MOTION
                                             )  SCHEDULE AND SETTING CASE
12  JOSE ULISES-RAMIREZ,                     )  FOR CHANGE OF PLEA
                                             )
13                    Defendant.             )
                                             )
14

15        The defendant in the above-entitled matter has filed a motion to suppress statements in

16 an illegal reentry prosecution. In this stipulated order, the parties represent that they have

17 arrived at a disposition in the matter and seek a date for entry of a change of plea.

18        Counsel for Mr. Ulises-Ramirez accordingly requests that the current briefing schedule

19 be stayed, and that the matter be added to the Court's calendar on Tuesday, June 7, 2011 at

20 2:00 p.m. for withdrawal of the defense motion to suppress and entry of a guilty plea. The

21 government agrees with this request.

22        Therefore, for good cause shown the matter shall be added to the Court's calendar on

23 Tuesday, June 7, 2011 at 2:00 p.m. for change of plea. The briefing schedule is stayed. Until

24 the defense motion to suppress if formally withdrawn, time remains excluded under the

25 Speedy Trial Act until June 7, 2011. The parties are directed to provide to the Court the

26 written plea agreement as soon as it is finalized. Time shall also be excluded under the

1  Speedy Trial Act as the Court considers the plea agreement.

2  IT IS SO ORDERED.

3

4  May 17, 2011.
   DATED                              WILLIAM H. ALSUP
5                                     United States District Court Judge

6

7  IT IS SO STIPULATED.

8  May 17, 2011                       /s
9  DATED                              MELINDA HAAG
                                      United States Attorney
10                                    Northern District of California
11                                    PATRICIA SPALETTA
                                      Special Assistant United States Attorney
12

13

14 May 17, 2011                       /s
15 DATED                              BARRY J. PORTMAN
                                      Federal Public Defender
16                                    Northern District of California
17                                    STEVEN G. KALAR
                                      Assistant Federal Public Defender
18

19

20

21

22

23

24

25

26

*Ulises-Ramirez*, CR 10-00915 WHA
ORD. RE: CHANGE OF PLEA              2